1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEREME CHARBONNET,  )
　　　#85856  )
　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,  )      2:10-cv-01273-PMP-LRL
　　　　　　　　　　　　　　　　　　　　)
vs.  )
　　　　　　　　　　　　　　　　　　　　)      **ORDER**
HOWARD SKOLNIK, *et al.*,  )
　　　　　　　　　　　　　　　　　　　　)
　　　Defendants.  )
　　　　　　　　　　　　　　　　　　　　/

　　　　　Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

　　　　　**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)**

1  days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to
2  proceed *in forma pauperis* on the form provided by this court.
3      **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not
4  timely file an application to proceed *in forma pauperis* in compliance with this order this case may be
5  immediately dismissed.
6      DATED this 22nd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE